```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 22181
    RAPUNZEL A WILLIAMS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-6414


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 06/09/2004 and was confirmed 08/02/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 10/09/2007.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
WELLS FARGO MASTER SER   CURRENT MORTG          .00              .00              .00
WELLS FARGO MASTER SER   MORTGAGE ARRE      1193.00              .00          1193.00
CHASE MANHATTAN MORTGAGE CURRENT MORTG          .00              .00              .00
CHICAGO PATROLMENS C U   SECURED           14000.00           955.35         14000.00
CHICAGO PATROLMENS C U   UNSEC W/INTER   NOT FILED              .00              .00
CITY OF CHICAGO WATER DE SECURED             220.00              .00           220.00
ILLINOIS DEPT OF REVENUE FILED LATE           52.50              .00              .00
INTERNAL REVENUE SERVICE PRIORITY           5672.46           507.08          5672.46
WORLD FINANCIAL NETWORK  UNSEC W/INTER       641.18            74.55           641.18
AMERICAN GENERAL FINANCE UNSEC W/INTER   NOT FILED              .00              .00
ASSET ACCEPTANCE         UNSEC W/INTER   NOT FILED              .00              .00
ASSET ACCEPTANCE CORP    UNSEC W/INTER      1945.42           225.82          1945.42
CB USA                   UNSEC W/INTER   NOT FILED              .00              .00
CITY OF CHICAGO PARKING  UNSEC W/INTER       240.00            27.92           240.00
COMCAST                  UNSEC W/INTER   NOT FILED              .00              .00
CREDIT ONE LLC           UNSEC W/INTER   NOT FILED              .00              .00
DEPENDON COLLECTION SERV UNSEC W/INTER   NOT FILED              .00              .00
FRED MEYER FX CB USA     UNSEC W/INTER   NOT FILED              .00              .00
HOUSEHOLD CREDIT SERVICE UNSEC W/INTER   NOT FILED              .00              .00
ECAST SETTLEMENT CORP    UNSEC W/INTER       420.71            48.80           420.71
MEDCLR                   UNSEC W/INTER   NOT FILED              .00              .00
ONYX ACCEPTANCE CORP     UNSEC W/INTER   NOT FILED              .00              .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER         .00              .00              .00
PIER 1 IMPORTS           UNSEC W/INTER       661.47            76.69           661.47
ICE MOUNTIAN SPRING WATE UNSEC W/INTER   NOT FILED              .00              .00
SAMS CLUB                UNSEC W/INTER   NOT FILED              .00              .00
SPIEGEL                  UNSEC W/INTER   NOT FILED              .00              .00
ECAST SETTLEMENT CORP    UNSEC W/INTER       248.05            28.97           248.05
WORLD FINANCIAL NETWORK  UNSEC W/INTER       103.03            12.03           103.03
CARD SERVICE CENTER      UNSEC W/INTER      2276.93           264.48          2276.93
INTERNAL REVENUE SERVICE UNSEC W/INTER      1011.30           117.43          1011.30
ZALUTSKY & PINSKI LTD    REIMBURSEMENT       194.00              .00           194.00

                      PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 04 B 22181 RAPUNZEL A WILLIAMS
```

```
CHASE MANHATTAN MORTGAGE  COST OF COLLE     550.00              .00       550.00
CHASE MANHATTAN MORTGAGE  MORTGAGE ARRE    1100.55              .00      1100.55
ZALUTSKY & PINSKI LTD     DEBTOR ATTY      2,700.00                      2,700.00
TOM VAUGHN                TRUSTEE                                        1,949.78
DEBTOR REFUND             REFUND                                              .00
```

     Summary of Receipts and Disbursements:
```
-------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   37,467.00

PRIORITY                                         5,866.46
    INTEREST                                       507.08
SECURED                                         17,063.55
    INTEREST                                       955.35
UNSECURED                                        7,548.09
    INTEREST                                       876.69
ADMINISTRATIVE                                   2,700.00
TRUSTEE COMPENSATION                             1,949.78
DEBTOR REFUND                                         .00
                          ---------------      ---------------
TOTALS                    37,467.00             37,467.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 01/28/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                        PAGE   2
      CASE NO. 04 B 22181 RAPUNZEL A WILLIAMS